## EX PARTE STATE IN RE. DIAMOND v. THE STATE.

(Decided December 7, 1916.    73 South. 1002.)

CERTIORARI to Court of Appeals.

W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, for petitioner. W. L. PARKS, contra.

MAYFIELD, J.—Petition by the State for certiorari to Court of Appeals to review and revise the judgment of the said court reversing the judgment of the trial court in the case of *Diamond v. The State,* 15 Ala. App. 33, 72 South. 558.   Writ denied.